# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNI FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant. | NO. ED CV 17-1572 FMO (KKx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On April 19, 2018, the court issued an order granting counsel's motion to withdraw and requiring plaintiff Verni Franklin ("plaintiff" or "Franklin") to file a Notice of Change of Address with the court no later than May 8, 2018. (See Dkt. 21, Court's Order of April 19, 2018, at 1). The court advised plaintiff that "failure to timely comply with this Order or with his continuing obligation to keep the court apprised of a current mailing address, may result in this case being dismissed for failure to obey the orders of this court and/or for want of prosecution." (Id.).

As of the filing date of this Order, no Notice of Change of Address has been filed. Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the court, pursuant to Local Rule 41. See also Fed. R. Civ. P. 41(b); Link v. Wabash R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 24th day of May, 2018.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　United States District Judge