JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNI FRANKLIN,<br><br>        Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC.,<br><br>        Defendant. | Case No. ED CV 17-1572 FMO (KKx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned action is **dismissed without prejudice**.

Dated this 24th day of May, 2018.

                                                      /s/
                                       Fernando M. Olguin
                                    United States District Judge